JOHN P. SCHAFER (SBN 20563)
jschafer@mandersonllp.com
MANDERSON, SCHAFER & McKINLAY LLP
4675 MacArthur Court, Suite 1200
Newport Beach, CA  92660
Tel: (949) 398-8302
Fax: (949) 398-8320

Counsel for Arkland Investments, LLC

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ARKLAND INVESTMENTS, LLC,<br><br>Debtor. | Case No. 12-14433-TD<br><br>Chapter 7 Case<br><br>**EVIDENTIARY OBJECTIONS OF ARKLAND INVESTMENTS LLC TO DECLARATIONS OF DAVID CHANG AND A. DAVID YOUSSEFYEH IN SUPPORT OF THE CREDITORS' EX PARTE MOTION TO APPOINT INTERIM CHAPTER 7 TRUSTEE**<br><br>**Hearing**<br><br>**Date:**       February 22, 2012<br>**Time:**       10:00 a.m.<br>**Courtroom:** 1345<br>**Judge:**      Hon. Thomas Donovan |

Arkland Investment, LLC ("Arkland") hereby objects to the Declarations of David Chang and A. David Youssefyeh filed by Niemann Properties, Inc., Corbel Architects, Inc. ad Park & Velayos, LLP (the "Petitioning Creditors") in support of the Petitioning Creditors' Ex Parte Motion to Appoint Interim Chapter 7 Trustee in connection with the involuntary petition filed by Creditors under Chapter 7 of the United States Bankruptcy Code.  Due to the time constraints of this response, Arkland makes categorical objections to the Declarations.  While Arkland objects only to selected portions of the Declarations, for all other purposes Arkland does not waive further objection to, or

1

stipulate to, the introduction of evidence not objected to herein, nor does Arkland waive its right to provide evidentiary objection with greater specificity at a future date.

### **DECLARATION OF DAVID CHANG**

1. Arkland objects to the entirety of Paragraph 4 on the grounds that it lacks foundation (FRE 602), is unduly prejudicial (FRE 401, 403), is not within the witness's personal knowledge (FRE 602), constitutes improper legal opinion (FRE 701, 702), and is improper opinion testimony (FRE 701, 702).

2. Arkland objects to the entirety of Paragraph 5 on the grounds that it lacks foundation (FRE 602), is not within the witness's personal knowledge (FRE 602), constitutes improper legal opinion (FRE 701, 702), and is improper opinion testimony (FRE 701, 702).

3. Arkland objects to the entirety of Paragraph 6 on the grounds that it lacks foundation (FRE 602), is unduly prejudicial (FRE 401, 403), is not within the witness's personal knowledge (FRE 602), constitutes improper legal opinion (FRE 701, 702), contains improper speculation about future events (FRE 401, 402, and 403), and is improper opinion testimony (FRE 701, 702).

4. Arkland objects to the entirety of Paragraph 7 on the grounds that it lacks foundation (FRE 602), is unduly prejudicial (FRE 401, 403), is not within the witness's personal knowledge (FRE 602), constitutes improper legal opinion (FRE 701, 702), contains improper speculation about future events (FRE 401, 402, and 403), and is improper opinion testimony (FRE 701, 702).

### **DECLARATION OF A. DAIVD YOUSSEFFYEH**

5. Arkland objects to the entirety of Paragraph 2 on the grounds that it lacks foundation (FRE 602), is not within the witness's personal knowledge (FRE 602), constitutes improper legal opinion (FRE 701, 702), and is improper opinion testimony (FRE 701, 702

6. Arkland objects to the entirety of Paragraph 3 on the grounds that it contains improper speculation about future events (FRE 401, 402, and 403), is unduly prejudicial (FRE 401, 403), lacks foundation (FRE 602), is not within the witness's personal knowledge (FRE 602), constitutes improper legal opinion (FRE 701, 702), and is improper opinion testimony (FRE 701, 702).

7. Arkland objects to the entirety of Paragraph 4 on the grounds that it contains improper speculation about future events (FRE 401, 402, and 403), is unduly prejudicial (FRE 401, 403), lacks

foundation (FRE 602), is not within the witness's personal knowledge (FRE 602), constitutes improper legal opinion (FRE 701, 702), is improper opinion testimony (FRE 701, 702), and constitutes inadmissible hearsay (FRE 801, 802).

8.  Arkland objects to the entirety of Paragraph 5 on the grounds that it contains improper speculation about future events (FRE 401, 402, and 403), is unduly prejudicial (FRE 401, 403), lacks foundation (FRE 602), is not within the witness's personal knowledge (FRE 602), constitutes improper legal opinion (FRE 701, 702), and is improper opinion testimony (FRE 701, 702).

DATED:  February 20, 2012        Submitted by:

By:   */s/ John P. Schafer*
      John P. Schafer
      MANDERSON, SCHAFER & McKINLAY, LLP

| In re:<br>ARKLAND INVESTMENTS, LLC<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER:    12-14433-TD |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**4695 MacArthur Court, Suite 1270, Newport Beach, CA  92660**

The foregoing document **EVIDENTIARY OBJECTIONS OF ARKLAND INVESTMENT, LLC TO DECLARATIONS OF DAVID CHANG AND A. DAVID YOUSSEFYEH IN SUPPORT OF THE CREDITORS' EX PARTE MOTION TO APPOINT INTERIM CHAPTER 7 TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**:  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On     **February 20, 2012**         I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Sandford Frey**           Sfrey@cmkllp.com
**Stuart I Koenig**         Skoenig@cmkllp.com
**Silvio Nardoni**          silvionardoni@yahoo.com
**United States Trustee (LA)**     **ustpregion16.la.ecf@usdoj.gov**

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On     **February 20, 2012**     I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

- 

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on     **February 20, 2012**         I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

   **Hon. Thomas Donovan, U..S. Bankruptcy Court, 255 E. Temple Street, Los Angeles, CA 90012-3332**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 20, 2012    Maureen Barlow | /s/ Maureen Barlow |
|---|---|
| *Date           Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                          **F 9013-3.1**